UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| JOSHUA A. MALDONADO, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No.  1:23-cv-00202-SNLJ |
| | ) |
| MNS1 EXPRESS, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

This matter is before the Court on plaintiff's notice and request for voluntary dismissal.  [Doc. 55].  The parties have settled this matter [Docs. 53], and plaintiff requests a dismissal with prejudice [Doc. 55].  Pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court will dismiss this matter at plaintiff's request.

**IT IS HEREBY ORDERED** that plaintiff's request to voluntarily dismiss is **GRANTED** and this case is **DISMISSED with prejudice** with each party to bear its own costs.  The Clerk of Court is **DIRECTED** to **CLOSE** the case.

**SO ORDERED** this 8th day of September, 2025.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE